# Court of Appeals
# of the State of Georgia

ATLANTA, November 05, 2012

*The Court of Appeals hereby passes the following order:*

**A13I0060. GRIZZLE v. PROGRESSIVE PREMIUM INSURANCE COMPANY OF ILLINOIS.**

Roger Grizzle filed suit against Joseph Mitchum and Teri Strozzo for injuries arising from an automobile accident. Grizzle served his insurance company, Progressive Premier Insurance Company of Illinois, as the alleged underinsured motorist insurance carrier. Progressive filed a motion for summary judgment, claiming Grizzle failed to comply with the condition of his policy requiring that he give prompt notice of any claim. The trial court granted summary judgment to Progressive, and Grizzle seeks interlocutory review of this ruling.

Under OCGA § 9-11-56 (h), the grant of summary judgment or partial summary judgment on any issue or as to any party is reviewable by direct appeal.[1] Thus, the order at issue is not subject to the interlocutory appeal requirements. "This Court will grant a timely application for interlocutory review if the order complained of is subject to direct appeal and the applicants have not otherwise filed a notice of appeal."[2] Accordingly, this application is hereby GRANTED.

Grizzle shall have ten days from the date of this order to file a notice of appeal in the trial court, if one has not already been filed. The trial clerk is instructed to include a copy of this order in the appellate record.

---

[1] See *Olympic Dev. Group v. American Druggists' Ins. Co.*, 175 Ga. App. 425 (1) (333 SE2d 622) (1985).

[2] *Spivey v. Hembree*, 268 Ga. App. 485, 486 n. 1 (602 SE2d 246) (2004).



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 11/05/2012
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*